WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MELISSA ANNE GUERRA,          )<br>                              )<br>         Plaintiff,               )<br>                              )<br>     v.                          )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>                              )<br>         Defendant.              )<br>_____ ) | CASE NO.: **EDCV 08-1274 RZ**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED DOLLARS and no/cents ($2,300.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 20, 2009

_____
UNITED STATES MAGISTRATE JUDGE

1